■ In the Matter of RAYMOND H. DODGE, as Commissioner of Public Works of the City of Syracuse, Appellant, v. KEARNS, FALLON & SHATTUCK, Respondent.— Order unanimously affirmed, with costs. Memorandum: The city's claim of error in law by the Commissioners of Appraisal in their receipt into evidence, and consideration in their deliberations, of tax equalization rates is without merit (*City of Buffalo* v. *Irish Paper Co.,* 31 A D 2d 470, 475, affd. 26 N Y 2d 869; *Chalmers & Sons* v. *State of New York,* 35 A D 2d 864, 865). The grant of 5% additional allowance was a proper exercise of discretion by Special Term (see *Matter of Dodge* v. *Tierney,* 40 A D 2d 936). (Appeal

from order of Onondaga Special Term in condemnation proceeding.) Present — Marsh, J. P., Witmer, Moule, Cardamone and Henry, JJ.